# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>P. DESSENBERGER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-CV-00614 OWW SMS P<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT<br><br>(Doc. 1) |

   Plaintiff Ricky Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action. Defendants P. Dessenberger and A. Dessenberger ("defendants") removed the action from Kern County Superior Court to this court on May 18, 2006. In conjunction with their notice of removal, defendants move for a thirty-day extension of time to respond to the complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

   Good cause having been found, it is HEREBY ORDERED that:

   1.   Defendants' request for an extension of time to respond to the complaint is GRANTED; and

///
///
///
///
///
///

1

1  2. Defendants are relieved of their obligation to respond to the complaint until directed to do so by the court, at which time defendants will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

**Dated:** **August 7, 2006**           /s/ Sandra M. Snyder
i0d3h8                    UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.